

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

U.S. v. Emilio ZAPATA-PLACENCIA, aka
Jose Angel COLON-BONILLA, aka
Miguel DURATES- PLACENSIA, aka
Miguel ZAPATA-PLACENSIA.

FILED UNDER SEAL

CR08-77

Case No. 08- 54 M

## MOTION AND ORDER TO SEAL

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shannon T. Hanson, Assistant United States Attorney, and hereby moves this Honorable Court to seal the Complaint, and the related file in the above-captioned case.

COLM F. CONNOLLY
United States Attorney

BY: /s/ Shannon T. Hanson
Shannon T. Hanson
Assistant United States Attorney

Dated: March 6, 2008

**AND NOW** this 6th day of March, 2008, based upon the foregoing Motion, **IT IS ORDERED** that Complaint, and the related file in the above-captioned case be **SEALED** until further Order of the Court.

_____
Honorable Leonard P. Stark
United States Magistrate Judge
District of Delaware