## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

U.S. v. Emilio ZAPATA-PLACENCIA, aka
Jose Angel COLON-BONILLA, aka
Miguel DURATES- PLACENSIA, aka
Miguel ZAPATA-PLACENSIA.

:
:
:
:
:
:

**FILED UNDER SEAL**

Case No. 08- 54M

### MOTION AND ORDER FOR ARREST WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F.

Connolly, United States Attorney for the District of Delaware, and Shannon T. Hanson, Assistant

United States Attorney for the District of Delaware, and hereby moves this Honorable Court for

the issuance of an arrest warrant against the defendant, Emilio Zapata-Placencia.

COLM F. CONNOLLY
United States Attorney

BY:
Shannon D. Hanson
Assistant United States Attorney

Dated:  March 6, 2008

AND NOW, this        6th        day of March, 2008, upon the foregoing Motion,  IT

IS ORDERED that a warrant be issued for the arrest and apprehension of Emilio Zapata-

Placencia.

Honorable Leonard P. Stark
United States Magistrate Judge
District of Delaware