AO 442(Rev 12/85) Warrant for Arrest                                    Sealed
                                                                        Unsealed KIG 4/10/18

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

**WARRANT FOR ARREST**

CASE NUMBER: 08-54M

Emilio ZAPATA-PLACENCIA, aka: Jose Angel
COLON-BONILLA, aka: Miguel
DURATES-PLACENSIA, aka: Miguel ZAPATA-PLACENSIA

To: The United States Marshal
    and any Authorized United States Officer

RECEIVED 2008 MAR -6 [Wilmington, DE]

        YOU ARE HEREBY COMMANDED to arrest Emilio ZAPATA-PLACENCIA, aka: Jose Angel COLON-BONILLA, aka: Miguel DURATES-PLACENSIA, aka: Miguel ZAPATA-PLACENSIA when and as stated in the Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment  __ Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging the Defendant with (brief description of offense)
reentry after deportation, in violation of Title 8 United States Code, Section 1326(a)

and false statement in application for a passport, in violation of Title __18__ United States Code, Section 1542.

| | |
|---|---|
| Honorable Leonard P. Stark | United States Magistrate Judge |
| Name of Issuing Officer | District of Delaware |
|  | Title of Issuing Officer |
| BY: /s/ Duncan, DEPUTY CLERK | March 6, 2008    Wilmington, DE |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ _____ | by _____ |
|  | Name of Judicial Officer |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ 544 King St Wilm DE | | |
| DATE RECEIVED 3-6-08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 7-8-08 | William David DUSM | William David |

AO 442 (Rev. 12/85) Warrant for Arrest